JUN 29 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:22CR00371 AGF/NAB** ) |
| EUGENE TIMES, | ) ) |
| Defendant. | ) |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about August 24, 2021, in the City of St. Louis, within the Eastern District of Missouri,

**EUGENE TIMES,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
WILLIAM SCHARF, #66676(MO)
Assistant United States Attorney